UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EILEEN VARGAS
    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration,
    Defendant.

CIVIL ACTION NO.
10-10508-NMG

**REPORT AND RECOMMENDATION RE:**
**PLAINTIFF'S MOTION FOR AN ORDER REVERSING OR REMANDING THE**
**DECISION OF THE COMMISSIONER (DOCKET ENTRY # 11); DEFENDANT'S**
**MOTION FOR ORDER AFFIRMING THE DECISION OF THE COMMISSIONER**
**(DOCKET ENTRY # 13)**

June 27, 2011

**BOWLER, U.S.M.J.**

Pending before this court are cross motions by the parties, plaintiff Eileen Vargas ("plaintiff") and defendant Michael J. Astrue, Commissioner of the Social Security Administration ("the Commissioner"). Plaintiff seeks to reverse the decision of the Commissioner under 42 U.S.C. § 405(g). (Docket Entry # 11). The Commissioner moves for an order affirming the denial of benefits under 42 U.S.C. § 405(g). (Docket Entry # 13).

PROCEDURAL HISTORY

On August 18, 2003, plaintiff filed an application for supplemental security income ("SSI") with the Social Security

*After consideration of plaintiff's objections thereto, Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 8/5/11*

47